THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNIE PARK, a single woman,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation doing business in Washington; DOES I-V,<br><br>        Defendants. | No.: 2-23-cv-01564-TL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT<br><br>Noted on Motion Calendar: <u>Monday, October 23, 2023</u> |

    Defendant State Farm Fire and Casualty Company's Unopposed Motion for Extension of Time to File Answer to Plaintiff's Complaint, Including Jury Demand came before the Court on October 23, 2023. Having considered the pleading, and the Court being fully advised on the premises, it is hereby:

    ORDERED, ADJUDGED, and DECREED, that Defendant's Motion for Extension of Time is GRANTED.

    Dated this 23rd day of October 2023.

*[signature]*
_____
Tana Lin
United States District Judge

CERTIFICATE OF SERVICE     Page 1

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

PRESENTED BY:

MALONEY LAUERSDORF REINER, PC


By /s/ Francis J. Maloney
    Francis J. Maloney III, WSBA #45081
    E-Mail: fjm@mlrlegalteam.com

    Of Attorneys for Defendant
    State Farm Fire and Casualty Company

CERTIFICATE OF SERVICE      Page 2

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417