UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNIE PARK,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY et al.,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-01564-TL<br><br>ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINES |

This matter comes before the Court on Plaintiff's Motion to Extend Deadlines and Amend Case Schedule (Dkt. No. 21).

Plaintiff seeks, among other things, an extension of the dispositive motions deadline. Pursuant to this Court's Standing Order for All Civil Cases, the Court will not decrease the amount of time between the dispositive motions deadline and the trial date unless the Parties set forth an extraordinary basis for doing so. *See* Judge Tana Lin, Standing Order for All Civil Cases, Section III.A (last updated May 2, 2024). Should the Parties wish to extend the dispositive motions deadline, the Court will ordinarily reset the trial date. Any future motions

ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINES - 1

that include a request to extend the dispositive motions deadline should be accompanied with Counsel's availability for trial through the end of 2025.

Given Plaintiff's reported diligence in attempting to seek consent from Defendants for the extension, the Court EXTENDS Plaintiff's expert disclosure deadline from today (August 19, 2024) **to August 26, 2024**. The motion is DENIED as to all other deadlines, with leave to re-file.

Dated this 19th day of August 2024.

Tana Lin
United States District Judge