UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNIE PARK,<br><br>              Plaintiff,<br>   v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY et al.,<br><br>              Defendants. | CASE NO. 2:23-cv-01564-TL<br><br>ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINES |

       This matter comes before the Court on the Parties' Stipulated Motion to Extend Deadlines and Amend Case Schedule (Dkt. No. 23).

       The Parties seek, among other things, an extension of the dispositive motions deadline. As explained in the Court's preceding Order (Dkt. No. 22), pursuant to this Court's Standing Order for All Civil Cases, the Court will not decrease the amount of time between the dispositive motions deadline and the trial date unless the Parties set forth an extraordinary basis for doing so. *See* Judge Tana Lin, Standing Order for All Civil Cases, Section III.A (last updated May 2, 2024). As previously explained, should the Parties wish to extend the dispositive motions

deadline, the Court will ordinarily reset the trial date. The Court also directed that future motions that include a request to extend the dispositive motions deadline should be accompanied with Counsel's availability for trial through the end of 2025.

The Parties propose moving the dispositive motions deadline from November 14, 2024, to December 13, 2024. *Compare* Dkt. No. 14 at 1, *with* Dkt. No. 23 at 1. Trial is currently scheduled to begin on March 17, 2025. Dkt. No. 14 at 1. However, the Parties have provided neither an extraordinary basis for extending the dispositive motions deadline, nor have they provided their availability to allow the Court to reset the trial date. *See generally* Dkt. No. 23.

Accordingly, the Stipulated Motion to Extend Deadlines and Amend Case Schedule is DENIED with leave to re-file.

Dated this 23rd day of August 2024.

Tana Lin
United States District Judge