THE HONORABLE TANA LIN

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8    ANNIE PARK, a single woman,

9                         Plaintiff,              No.: 2-23-cv-01564-TL

10         v.                                     [PROPOSED] ORDER GRANTING
                                                  DEFENDANT'S STIPULATED MOTION
11   STATE FARM FIRE AND CASUALTY                 FOR EXTENSION OF TIME TO FILE ITS
     COMPANY, a foreign corporation doing         REPLY TO MOTION FOR PARTIAL
12   business in Washington; DOES I-V,            SUMMARY JUDGMENT

13                        Defendants.             Noted on Motion Calendar:
                                                  February 7, 2025
14

15         Defendant State Farm Fire and Casualty Company's Stipulated Motion for Extension of

16   Time to File its Reply to Motion for Partial Summary Judgment came before the Court on

17   February 7, 2025.  Having considered the pleading, and the Court being fully advised on the

18   premises, it is hereby:

19         ORDERED, ADJUDGED, and DECREED, that Defendant's Motion for Extension of

20   Time is GRANTED.

21

22         Dated this 7th day of February 2025.

23

24         _____

25         Honorable Tana Lin

26

---

[PROPOSED] ORDER GRANTING DEFENDANTS          Page 1
STIPULATED MOTION FOR EXTENSION OF TIME

MALONEY | LAUERSDORF | REINER PC
                    ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

1

2    PRESENTED BY:

3

      MALONEY LAUERSDORF REINER, PC
4

5

   By /s/ Francis J. Maloney
6        Francis J. Maloney III, WSBA #45081
7        E-Mail: fjm@mlrlegalteam.com

         Of Attorney for Defendant
8        State Farm Fire and Casualty Company

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANTS          Page 2
STIPULATED MOTION FOR EXTENSION OF TIME

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

## CERTIFICATE OF SERVICE

On February 7, 2025, I caused to be served the forgoing [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY TO MOTION FOR PARTIAL SUMMARY JUDGMENT on the following individuals via CM/ECF:

Robert Bohm
Robert D. Bohm, PLLC
PO Box 25536
Federal Way, WA 98093
rdbohm@premisesinjurylaw.com
katiem@premisesinjurylaw.com

Christopher M. Walsh
Poli, Moon & Zane, PLLC
PO Box 6915
Tacoma, WA 98417
cwalsh@pmzlaw.com

Michael N. Poli
Poli, Moon & Zane, PLLC
2999 N. 44th Street, Suite 325
Phoenix, AZ  06431
mpoli@pmzlaw.com
        *Attorneys for Plaintiff*

MALONEY LAUERSDORF REINER, PC


By  */s/ Francis J. Maloney*
        Francis J. Maloney, WSBA #45081
        E-Mail: fjm@mlrlegalteam.com


Attorney for Defendant State Farm Fire and
Casualty Company

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon  97214
Telephone: 503.245.1518
Facsimile: 503.245.1417