THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNIE PARK, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation doing business in Washington; DOES I-V,<br><br>Defendants. | NO. 2:23-cv-01564-TL<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO WITHDRAW DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER has come before the undersigned Judge of the Western District of Washington at Seattle on March 27, 2025. The parties appeared by and through their respective attorneys. The Court, having reviewed the stipulation and the record, and being fully advised, ORDERS as follows:

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO
WITHDRAW DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT (NO. 2:23-cv-01564-TL) - 1

**Christopher M. Walsh**
**POLI, MOON & ZANE, PLLC**
P.O. Box 6915
Tacoma, WA 98417
(206) 704-5653
cwalsh@pmzlaw.com

1. Defendant State Farm Fire and Casualty Company's Motion for Partial Summary Judgment (Dkt. No. 58) is **WITHDRAWN**;

2. The withdrawal is **without prejudice** to Defendant's ability to raise the same or similar arguments at a later stage of the litigation, consistent with the Court's scheduling order.

IT IS SO ORDERED.

DATED this 27th day of March, 2025, at Seattle, WA.

_____
HONORABLE TANA LIN

[PROPOSED] ORDER GRANTING STIPULATION TO WITHDRAW DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (NO. 2:23-cv-01564-TL) - 2

**Christopher M. Walsh**
**POLI, MOON & ZANE, PLLC**
P.O. Box 6915
Tacoma, WA 98417
(206) 704-5653
cwalsh@pmzlaw.com